IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES PARKER, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | Civil Action No. 3:14-CV-02075-B |
| v. § | |
| § | |
| SILVERLEAF RESORTS, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES AND COSTS
## IN RULE 23 CLASS SETTLEMENT

On March 9, 2018, Plaintiffs James Parker, Caitlin Collins, Taylor Jackson, Zachary Owens, Christopher Dix, and Aaron Kessler ("Plaintiffs") and Defendants Silverleaf Resorts, Inc., Cerberus Capital Management L.P., SL Resort Holdings Inc., Orange Lake Country Club, Inc., and Orange Lake Holdings, LLP ("Silverleaf") (collectively, the "Parties") filed a Joint Motion for Approval of FLSA Settlement and Preliminary Approval of Rule 23 Class Settlement with accompanying exhibits ("Joint Motion"). [Doc. 410].

Included in the Joint Motion is a thorough analysis substantiating Plaintiffs' request for attorneys' fees and costs – a request to which Silverleaf does not object. Plaintiffs incorporate the Joint Motion and the accompanying exhibits herein and now supplement the Joint Motion with this Supplemental Motion for Attorneys' Fees and Costs in the Rule 23 Class Settlement.

### I.   ATTORNEYS' FEES AND COSTS

At the time of preliminary approval of the Rule 23 Class Settlement, Class Counsel had collectively expended 2,622.75 hours of professional time, and since that time have incurred over an additional 100 hours. Further, Class Counsel anticipate expending additional time in order to

assist in facilitating distribution of the settlement and additional work that will be necessary in order to complete all settlement proceedings and close the file. The total lodestar to date for this matter is in excess of $1,007,743.75, based on the proposed hourly rates set forth in the Joint Motion and the 2,622.75 hours of professional services expended prior to preliminary approval. Accordingly, the $100,000 sought as attorneys' fees for the Rule 23 Class Settlement is appropriate. Plaintiffs' counsel also seeks reimbursement of their litigation expenses, which total $4,908.91 in advancement of the claims of the Rule 23 Illinois Plaintiffs.[1]

Since the date that this Court preliminarily approved the Illinois Rule 23 Class Settlement, Plaintiffs' counsel has performed additional work on behalf of the class. During the opt-out period, Class Counsel received and reviewed weekly reports from the claims administrator, Kurtzman Carson Consultants, LLC, concerning the status of the mailing of the notices and the status of opt-out forms and objections, as well as ongoing discussions with the claims administrator regarding the settlement. Moreover, Class Counsel has had ongoing discussions with and answered questions from class members. On July 10, 2018, the claims administrator confirmed that it had not received any opt-out requests or written objections to the settlement. [Doc. 426].

Assuming the Rule 23 Class Settlement receives final approval from this Court, Plaintiffs' counsel anticipates additional communications with class members and the claims administrator while checks are being distributed by the claims administrator.

---

[1] *See* Ex. A, Wills Law Firm, PLLC Supplemental Expense Statement (expenses incurred in advancement of the claims of the Rule 23 Illinois Plaintiffs); *see also* Rhonda Wills' Declaration to Joint Motion for Preliminary Approval [Doc. 410-3].

## II. CONCLUSION

For all of the foregoing reasons, Plaintiffs respectfully request that this Court grant the request of Class Counsel of WILLS LAW FIRM, PLLC for attorneys' fees totaling 40% of the gross amount of the Rule 23 Class Settlement or $100,000.00 and litigation expenses and costs in the amount of $4,908.91.


Dated: August 8, 2018                Respectfully submitted,

*/s/ Rhonda H. Wills*
Rhonda H. Wills (Lead Counsel)
State Bar No. 00791943
Federal I.D. No. 20699
WILLS LAW FIRM
1776 Yorktown, Suite 570
Houston, Texas  77056
Telephone:  (713) 528-4455
Facsimile:  (713) 528-2047
rwills@rwillslawfirm.com

Kobby T. Warren
Texas State Bar No. 24028113
WARREN HEALY, PLLC
1910 Pacific Avenue, Suite 10500
Dallas, Texas 75201
Telephone: (213) 999-9499
Facsimile: (888) 687-8174

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

On August 8, 2018, I electronically submitted the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I certify I have served all counsel of record electronically:

>*/s/ Rhonda H. Wills*
>Rhonda H. Wills