# WILLS LAW FIRM, PLLC

**EXPENSE STATEMENT**

1776 Yorktown, Suite 570
Houston, Texas 77056
Phone (713) 528-4455 Fax (713) 528-2047

DATE: AUGUST 8, 2018

**RE:**
Civil Action No. 3:17-cv-03249
*Dix, et al. v. Silverleaf Resorts, Inc., et al.*;
Civil Action No. 3:14-cv-00085
*Parker, et al. v. Silverleaf Resorts, Inc., et al.*

| DESCRIPTION | AMOUNT |
|---|---|
| Filing Fee (*Dix, et al. v. Silverleaf Resorts, Inc., et al.*; Civil Action No. 3:17-cv-03249) | $400.00 |
| Processer | $281.75 |
| Secretary of State | $110.00 |
| 05/09/2018-Attorney Travel-Hearing (Dallas, TX)<br>• Airfare-$548.40<br>• Airfare-$677.40<br>• Uber-$152.42<br>• Parking/Tolls/Mileage-$230.42<br>• Meals/Snacks-$25.00 | $1,633.64 |
| 09/07/2018-Attorney Travel-Hearing (Dallas, TX)<br>• Airfare-$397.96<br>• Airfare-$594.40<br>• Uber/Taxi-$183.44<br>• Hotel-$294.90<br>• Parking/Tolls/Mileage-$38.46<br>• Meals/Snacks-$150.00 | $1,659.16 |
| LexisNexis | $592.29 |
| FedEx Shipping | $43.35 |
| Copies BW1197@ $0.15/Color31@ $0.25 per page | $187.30 |
| Postage | $1.42 |
| **TOTAL** | **$4,908.91** |

EXHIBIT A