IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES PARKER, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:14-CV-02075-B |
| v. | § | |
| | § | |
| SILVERLEAF RESORTS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 10, 2018, this Court entered an Order on the Parties' joint application for final approval of a FLSA Settlement and preliminary approval of an Illinois Rule 23 Class Settlement, finding as follows:

- The FLSA Settlement Agreement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.

- Service payments as set forth in the FLSA Settlement Agreement are **APPROVED** and within two days after final approval of the Illinois Rule 23 Class Settlement, service payment recipients will execute the Release that is attached as Exhibit B to the FLSA Settlement Agreement in order to receive any service awards approved by the Court.

- The amounts to be paid to FLSA Plaintiffs in accordance with the formula for calculations set forth in the FLSA Settlement Agreement are **APPROVED**.

- The Reserve Fund amount as set forth in the FLSA Settlement Agreement is **APPROVED**, and all remaining amounts are to be distributed to the FLSA Plaintiffs in accordance with the terms of the FLSA Settlement Agreement.

1

- Rhonda H. Wills (lead counsel) is **APPOINTED** as class counsel for the FLSA Plaintiffs.

- Plaintiffs' request for attorneys' fees in the amount of $500,000.00 with respect to the FLSA Settlement and as set forth in the FLSA Settlement Agreement to be paid to Wills Law Firm, PLLC is **APPROVED** as fair and reasonable.

- Reimbursement of the FLSA Plaintiffs' litigation expenses and costs in the amount of $25,757.21 as set forth in the FLSA Settlement Agreement is **APPROVED**.

- Kurtzman Carson Consultants, LLC is **APPROVED** as claims administrator of the FLSA Settlement.

- The fee for Kurtzman Carson Consultants, LLC as set forth in the FLSA Settlement Agreement is **APPROVED**.

For the reasons provided in the Joint Motion for Preliminary Approval of Rule 23 Class Settlement (Dkt. #410), Plaintiffs' Supplemental Motion for Attorneys' Fees and Costs in Rule 23 Class Settlement (Dkt. #427), and the Joint Motion for Final Approval of Rule 23 Class Settlement, it is hereby further **ORDERED** that:

- The Illinois Settlement Class preliminarily certified in this matter and described in the Illinois Rule 23 Class Settlement Agreement meets the numerosity, commonality, typicality, and adequacy requirements of Rule 23(a), as well as the predominance requirement of Rule 23(b)(3). Accordingly, for the purpose of implementing and enforcing the Illinois Rule 23 Class Settlement Agreement only, pursuant to Rule 23 of the Federal Rules of Civil Procedure, the requested Illinois Settlement Class identified in Paragraph 11 of the Illinois Rule 23 Class Settlement Agreement is **CERTIFIED**.

- The Class Notice in this matter is complete and has been adequate; its method of delivery to the Illinois Settlement Class constituted the best notice practicable of the terms of the Illinois Rule 23 Class Settlement Agreement, of the hearing for the final approval, of the amount to be requested for attorneys' fees, litigation expenses and costs, and of the other matters set forth in the Notice; it constituted valid, due, and sufficient notice to all persons in the proposed Illinois Settlement Class and it complied fully with the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Constitution of the United States, and all other applicable laws.

- The Illinois Rule 23 Class Settlement Agreement is **APPROVED** as a fair, adequate, and reasonable resolution, and the Parties are directed to consummate the terms and provisions of the Illinois Rule 23 Class Settlement Agreement.

- The amounts to be paid to Illinois Settlement Class members in accordance with the formula for calculations set forth in the Illinois Rule 23 Class Settlement Agreement are **APPROVED.**

- Service payments as set forth in the Illinois Rule 23 Class Settlement Agreement in the amount of $5,000.00 to Christopher Dix and $5,000.00 to Aaron Kessler are **APPROVED.**

- A Reserve Fund in the amount of $10,000.00 to resolve payment disputes and/or administrative issues with the settlement (such as missing checks, miscalculated amounts, etc.) is **APPROVED.** At the end of a 120-day period as described in the Illinois Rule 23 Class Settlement Agreement, the Claims Administrator shall distribute the unused portion of the Reserve Fund to all Illinois Settlement Class members using the same pro rata formula set forth in Paragraph 17 of the Illinois Rule 23 Class Settlement Agreement.

- The request for Class Counsel's attorneys' fees with respect to the Illinois Rule 23 Class Settlement and as set forth in the Illinois Rule 23 Class Settlement Agreement in the amount of $100,000.00 to be paid to Wills Law Firm, PLLC is **APPROVED** as fair and reasonable.

- Reimbursement of Class Counsel's litigation expenses and costs with respect to the Illinois Rule 23 Class Settlement in the amount of $4,908.91 is **APPROVED** as fair and reasonable.

- Payment to KCC Class Action Services, LLC ("KCC") as Claims Administrator in the amount of $24,000.00 for the administration of this global settlement is **APPROVED**, with $15,000.00 allocated to the Illinois Rule 23 Class Settlement and $9,000.00 allocated to the FLSA Settlement.

- This Court shall have continuing and exclusive jurisdiction over all matters related to the administration and consummation of the terms of the settlement.

- The Illinois Rule 23 Class Settlement Agreement is hereby granted final approval.

- In summary, the requests for Class Counsel's attorneys' fees in the amounts of (1) $500,000.00 with respect to the FLSA Settlement; *and* (2) $100,000.000 with respect to the Illinois Rule 23 Class Settlement, to be paid to Wills Law Firm, PLLC, are **APPROVED** as fair and reasonable.

- Reimbursement of (1) the FLSA Plaintiffs' litigation expenses and costs in the amount of $25,757.21 as set forth in the FLSA Settlement Agreement; *and* (2) Class Counsel's litigation expenses and costs with respect to the Illinois Rule 23 Class Settlement in the amount of $4,908.91 are **APPROVED** as fair and reasonable.

**IT IS SO ORDERED.**

SIGNED this 7TH day of Sept., 2018.

_____
HON. JANE BOYLE
UNITED STATES DISTRICT JUDGE